218 F.2d 607
 UNITED STATES of America
v.
Mary C. HAGOOD.
UNITED STATES of America
v.
L. N. HAGOOD.
 No. 4863.
 No. 4864.
 United States Court of Appeals, Tenth Circuit.
 September 7, 1954.
 
 Appeals from the United States District Court for the District of Wyoming.
 John F. Raper, Jr., U. S. Atty., and C. N. Bloomfield, Jr., Asst. U. S. Atty., Cheyenne, Wyo., and H. Brian Holland, Asst. Atty. Gen., and Ellis N. Slack, Spec. Asst. to the Atty. Gen., for appellant.
 L. N. Hagood, Casper, Wyo., and Vincent Mulvaney, Cheyenne, Wyo., for appellees.
 Before PHILLIPS, Chief Judge, and HUXMAN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeals dismissed pursuant to stipulation of the parties.